**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE YOUTUBE,                                          No. C 07-80031 CRB

**ORDER OF REFERENCE**

_____/

         Pursuant to Local Rule 72-1, it is HEREBY ORDERED that this case is referred for ALL DISCOVERY PURPOSES to a Magistrate Judge, with any motions to be heard and considered at the convenience of his/her calendar.

Dated: February 14, 2007                         _____
                                                CHARLES  R. BREYER
                                                UNITED STATES DISTRICT JUDGE